# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :       NO. 449
                                                :
ORDER AMENDING RULES 515          :       MAGISTERIAL RULES DOCKET
AND 516 OF THE                              :
PENNSYLVANIA RULES OF CIVIL :
PROCEDURE BEFORE                       :
MAGISTERIAL DISTRICT                    :
JUDGES                                         :


## ORDER


**PER CURIAM**

    **AND NOW**, this 4ᵗʰ day of December, 2020, upon the recommendation of the Minor Court Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 515 and 516 of the Pennsylvania Rules of Civil Procedure Before Magisterial District Judges are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on January 1, 2021.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.